# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN EDWARD CASSINETTO,<br><br>Defendant. | Case No. 1:19-cv-00414-NONE-EPG<br><br>**ORDER GRANTING STIPULATED EXTENSION OF DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>(ECF No. 25) |

Pursuant to the parties' stipulation to continue the deadline to file a motion for summary judgment (ECF No. 25), and finding good cause exists, the Court grants the requested extension of time.

IT IS ORDERED that the deadline for filing a motion for summary judgement is extended to **April 24, 2020**.

IT IS SO ORDERED.

Dated: **February 25, 2020**      /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

1