# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN EDWARD CASSINETTO, an individual.<br><br>Defendant. | CASE NO.: 1:19-CV-00414-NONE-EPG<br><br>**ORDER GRANTING STIPULATED EXTENSION OF DEADLINE FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>(ECF No. 27) |

Pursuant to the stipulation of the parties (ECF No. 27), and finding that good cause exists, the Court grants the requested extension of time.

IT IS ORDERED that the deadline for Plaintiff to file a motion for summary judgment is extended to **June 23, 2020**.

The Court also informs the parties that the lack of an assigned district judge is not a valid basis for seeking a continuance of deadlines.

IT IS SO ORDERED.

Dated: **April 22, 2020**         /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE