UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>BENJAMIN EDWARD CASSINETTO,<br><br>    Defendant. | Case No. 1:19-cv-00414-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 31) |

Plaintiff, Great American Insurance Company, and Defendant, Benjamin Edward Cassinetto, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 31). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **October 13, 2020**                  /s/ *Erica P. Grosjean*
                                               UNITED STATES MAGISTRATE JUDGE